UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

---

METLIFE LIFE AND ANNUITY COMPANY OF CONNECTICUT,

                Plaintiff,

-against-

Ana Nicole Delio; Zachary Farrell Sobie; Brian Sobie, Individually, as Trustee of the Zachary Farrell Sobie Grandchild Trust, and as Co-Trustee of the Ana Nicole Delio Granchild Trust; and Michael Mendelsohn as Co-Trustee of the Ana Nicole Delio Granchild Trust,

                Defendants.

Civil Action No.: 07-CV-7215

---

### RULE 7.1 DISCLOSURE STATEMENT ON BEHALF OF METLIFE LIFE AND ANNUITY COMPANY OF CONNECTICUT

Plaintiff, METLIFE LIFE AND ANNUITY COMPANY OF CONNECTICUT ("MLAC"), by and through its attorney Patricia Curran Reinhardt, hereby states pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, that:

1.    MLAC is a subsidiary of MetLife Insurance Company of Connecticut ("MICC") and is organized and existing under the laws of the state of Connecticut, with its principal place of business therein.

2.    MetLife, Inc. is a parent company of both MLAC and MICC.

3.    There is no corporation that owns ten percent (10%) or more of MLAC, MICC, or MetLife, Inc.'s stock.

**Dated:** Long Island City, New York
          August 14, 2007

**ALVIN PASTERNAK, ESQ.**

/S/ Patricia Curran Reinhardt
Patricia Curran Reinhardt, of Counsel
Attorneys for Plaintiff
MetLife Life and Annuity Company of Conn.
27-01 Queens Plaza North
Long Island City, New York 11101
(212) 578-7487