UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

Metlife Life and Annuity Company of
Connecticut,

                Plaintiff(s),                        07 Civ. 7215 (KMK)(LMS)

   -against-

Ana Nicole Delio, Zachary Farrell Sobie,             CALENDAR NOTICE
et al.,

                Defendant(s).

-----------------------------------------------------X

      Please take notice that the above captioned matter has been scheduled for:

| | | |
|---|---|---|
| ___ Pre-trial Conference | ✓ Status Conference | ___ Oral argument |
| ___ Settlement conference | ___ Plea Hearing | |
| ___ Rule (16) conference | ___ Final pre-trial conference | |
| ___ Telephone Conference | ___ Jury Selection and Trial | |
| ___ Non-Jury Trial | ___ Inquest | |

**before the Honorable Kenneth M. Karas, United States District Judge, on Tuesday, October 23, at 10:30 a.m.** in the United States Courthouse for the Southern District of New York, Courtroom 521, 300 Quarropas Street, White Plains, New York.

    Any scheduling difficulties must be brought to the attention of the Court in writing.

Dated: September 26, 2007
       White Plains, New York

                                               So Ordered

                                               Kenneth M. Karas, U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____