UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MetLife Life and Annuity Company of Connecticut, | 07 Civ. 7215 |
| | (KARAS, J) |
| Plaintiff, | |
| -against- | NOTICE OF APPEARANCE |
| Ana Nicole Delio; Zachary Farrell Sobie; Brian Sobie, individually, as Trustee of the Zachary Farrell Sobie Grandchild Trust, and as Co-Trustee of the Ana Nicole Delio Grandchild Trust; and Michael Mendelsohn as Co-Trustee of the Ana Nicole Delio Grandchild Trust, | |
| Defendants. | |

To the Clerk of this Court and all parties of record:

    Please enter my appearance as Lead Attorney in this case for plaintiff, MetLife Life and Annuity Company of Connecticut.

    I certify that I am admitted to practice in this Court.

December 19, 2007        Respectfully submitted,

METLIFE LIFE AND ANNUITY COMPANY OF CONNECTICUT

By: /S/ ALVIN PASTERNAK
    Alvin Pasternak (AP-5085)
    Patricia Curran Reinhardt (PC-4258)
    One MetLife Plaza
    27-01 Queens Plaza North
    Long Island City, NY 11101
    (212) 578-3735 (Tel)
    (212) 578-3916 (Fax)