UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

----------------------------------------X

Metlife Life and Annuity Company of
Connecticut,

            Plaintiff(s),

-against-

Anna Nicole Delio, et al.,

           Defendant(s).

----------------------------------------X

07 Civ. 7215 (KMK) (LMS)

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

The above entitled action is referred to the Honorable Lisa M. Smith, United States Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ____ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ____ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ____ | Specific Non-Dispositive Motion/Dispute:* _____ _____ | ____ | Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction |
| | | | Purpose:_____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ____ | Habeas Corpus |
| | | ____ | Social Security |
| ✓ | Settlement* | ____ | Dispositive Motion (i.e., motion requiring a Report and Recommendation |
| ____ | Inquest After Default/Damages Hearing | | |
| | | | Particular Motion:_____ _____ |
| | | | All such motions:_____ |

* Do not check if already assigned for general pretrial.

Dated: December 20, 2007

SO ORDERED

_____
Hon. Kenneth M. Karas
United States District Judge