```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

METLIFE LIFE AND ANNUITY COMPANY OF
CONNECTICUT,

                Plaintiff,

-v-

ANA NICHOLE DELIO, ZACHARY FARREL
SOBIE, BRIAN SOBIE, and MICHAEL
MENDELSOHN,

                Defendant.

Case No. 07 Civ. 7215 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

      Parties appeared before the Court on December 20, 2007 for a status conference. The Court set a trial date of May 5, 2008. Parties are directed by the Court to file any and all proposed findings of fact and conclusions of law by March 28, 2008. Parties will return for a final pre-trial conference on May 1, 2008, 10 a.m.

SO ORDERED.

Dated: December 21, 2007
          White Plains, New York

                                        KENNETH M. KARAS
                                        UNITED STATES DISTRICT JUDGE