UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

METLIFE LIFE AND ANNUITY COMPANY OF CONNECTICUT,

   Plaintiff,

-v-

ANA NICHOLE DELIO, ZACHARY FARREL SOBIE, BRIAN SOBIE, and MICHAEL MENDELSOHN,

   Defendant.

Case No. 07 Civ. 7215 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

The Court will hold a jury trial in the above referenced matter on May 5, 2008. Parties are directed by the Court to file Requests to Charge and Proposed Voir Dire by April 11, 2008. Parties will return for a final pre-trial conference on May 1, 2008, 10 a.m., at which point the Court will resolve any and all in limine motions.

This Order supercedes the Order previously issued by this Court on December 20, 2007.

SO ORDERED.

Dated: March 26, 2008
       White Plains, New York

                                    _____
                                    KENNETH M. KARAS
                                    UNITED STATES DISTRICT JUDGE