*Noel W. Hauser and Associates*

*Attorneys at Law*

*270 Madison Avenue, 13th Floor*

*New York, New York 10016*

*Telephone 212-688-6400*

*Facsimile 212-688-6457*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

April 1, 2008

**MEMO ENDORSED**

Honorable Kenneth M. Karas,
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street, Chambers 533
White Plains, New York 10601-4150

        Re:  Metlife vs. Delio and Sobie
            Civil Action No. 07-7215

Honorable Sir:

    Our office represents the Sobie defendants in this action of interpleader filed by the plaintiff, MetLife Insurance Company.

    I beg to advise that I have been scheduled to select a jury and proceed to trial forthwith as counsel for the plaintiff in Saldivar vs. I.J. White Corp. in Supreme Court, Kings County, at the JCP Part on April 30, 2008.

    A Judgment of dismissal of the Complaint was reversed by the Appellate Division and the Court's policy is to attempt to expeditiously handle retrials. The Saldivar case is seven years old and involves claims for damages for very serious personal injuries.

    There is little likelihood that the case will be settled and, accordingly, I request the rescheduling of the Pre-trial conference from May 1, 2008 to May 8, 2008, with the trial to proceed as promptly thereafter as possible.

Respectfully yours,

Noel W. Hauser

NWH:eg
cc: ALVIN PASTERNAK, ESQ.
    PATRICIA CURRAN REINHARDT, ESQ.
    MR. MICHAEL MENDELSOHN
    JAMES R. CARCANO, ESQ.

*This trial was scheduled before the Saldivar matter. Therefore, the Court will not adjourn this case. SO ORDERED.*

KENNETH M. KARAS U.S.D.J.
4/2/08