UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
METLIFE LIFE AND ANNUITY COMPANY
OF CONNECTICUT,

                                          Plaintiff,        **DEFENDANT DELIO'S PROPOSED JURY INSTRUCTONS**

-against-

                                                                 **07 Civ 7215**

ANA NICOLE DELIO; ZACHARY FARRELL        **(KARAS, J.)**
SOBIE; BRIAN SOBIE, individually, as TRUSTEE
Of the ZACHARY FARRELL SOBIE GRANDCHILD
TRUST, and as CO TRUSTEE of the ANA NICOLE
DELIO GRANDCHILD TRUST; and MICHAEL
MENDELSOHN as CO TRUSTEE OF THE ANA
NICOLE DELIO GRANDCHILD TRUST


                                          Defendants
------------------------------------------------------------------------X

       Defendant, Ana Nicole Delio, by her attorney, James R. Carcano Esq., proposes the following jury instructions:

**<u>Charges Prior to Trial</u>:**

1. New York PJI 1:1

2. PJI 1:2 modified for the facts/parties of this interpleader case.

3. PJI 1:3

4. PJI 1:4

5. PJI 1:5

6. PJI 1:6

7. PJI 1:7

8. PJI 1:8

9. PJI 1:9

10. PJI 1:11

11. PJI 1:12

12. PJI 1:13

13. PJI 1:13 A if alternate jurors are seated.

14. PJI 1:14

**Charges After Trial:**

15. PJI 1:20

16. PJI 1:21

17. PJI 1:22

18. PJI 1:23 modified to the facts/parties of this interpleader case

19. PJI 1:24

20. PJI 1:25

21. PJI 1:25A

22. PJI 1:26

23. PJI 1:27

24. PJI 1:28

25. PJI 1:29

26. PJI 7:40

27. PJI 7:31B  adapted to Special Verdict Sheet (enclosed)

28. New York State Insurance Law section 3204 (a)(3) (enclosed)

29. Charge based on *McCarthy v. Aetna Life Ins. Co*., 92 NY 2d 436, 681 NYS 2d 790, 704 NE 2d 557: "The controlling consideration as to whether a change of beneficiary has been effectuated is whether there has been substantial compliance with the terms of the policy." See also, *Lincoln Life and Annuity Company of New York v. Caswell* attached herein.

**Proposed Special Verdict Sheet:**

Question 1:

Is the Ana Nicole Delio Grandchild Trust a beneficiary of the Estelle Sobie annuity policy issued by MetLife Life and Annuity Company of Connecticut?_____

_____                    _____

_____                    _____

_____                    _____

If your answer is yes, what percentage does the Ana Nicole Delio Grandchild Trust receive?_____%

_____                    _____

_____                    _____

_____                    _____

Question 2:

Is the Zachary Farrell Sobie a beneficiary of the Estelle Sobie annuity policy issued by MetLife Life and Annuity Company of Connecticut?_____

_____          _____

_____          _____

_____          _____

If your answer is yes, what percentage does the Zachary Farrell Sobie Grandchild Trust receive?_____%

_____          _____

_____          _____

_____          _____

Question 3:

Is Brian Sobie a beneficiary of the Estelle Sobie annuity policy issued by MetLife

Life and Annuity Company of Connecticut?_____

_____                    _____

_____                    _____

_____                    _____

If your answer is yes, what percentage does Brian Sobie

receive?_____%

_____                    _____

_____                    _____

_____                    _____

Dated: Larchmont, New York
April 9, 2008

                                                                _____
                                                                James R. Carcano (JC 3310)
                                                                Attorney for Defendant DELIO
                                                                15 Hudson Place
                                                                Larchmont, New York  10538
                                                                (914) 833-2695

TO:    Alvin Pasternak, Esq,
           MetLife Life and Annuity Company of CT
           27-01 Queens Plaza North
           Long Island City, New York  11101

           NOEL W. HAUSER, ESQ.
           270 Madison Avenue
           New York, New York  10016