```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X
METLIFE LIFE AND ANNUITY COMPANY
OF CONNECTICUT,                            Civil Action No.
                                           07 CIV 7215
                                           (Karas, J.)
                    Plaintiff,

        -against-


ANA NICOLE DELIO; ZACHARY FARRELL SOBIE;
BRIAN SOBIE, Individually, as Trustee of
the ZACHARY FARRELL SOBIE GRANDCHILD
TRUST, and as Co-Trustee of the ANA
NICOLE DELIO GRANDCHILD TRUST; and
MICHAEL MENDELSOHN as co-Trustee of
the ANA NICOLE DELIO GRANDCHILD TRUST,

                    Defendants.
------------------------------------------X
```

## PROPOSED VOIR DIRE QUESTIONS

1. Has any member of the panel had any business with or acquaintance with any of the attorneys for the parties in this case, to wit:

   JAMES R. CARCANO
   NOEL W. HAUSER

2. Has any member of the panel had any business with or acquaintance with the law firm of DANZIGER & MARKHOFF LLP?

3. Has any member of the panel had any business with or acquaintance with any of the individual parties in this case, to wit:

1

        ESTELLE SOBIE
        BERNARD SOBIE
        BRIAN SOBIE
        ZACHARY FARRELL SOBIE
        ANA NICOLE DELIO
        MICHELE DELIO
        MICHAEL MENDELSOHN
        AARON SAPERSTEIN
        STANLEY E. BULUA
        ALAN BADIE

4. Has any member of the panel had any business dealings with SIMON SOBIE & CO. or BRISCO JEWELRY INC.?

5. Has any member of the panel had any experience in dealing with an attorney or attorneys regarding Wills, annuities or estate planning matters?

6. Has any member of the panel ever been disappointed in not receiving an unexpected inheritance or annuity upon the death of a relative or loved one?

7. Will any member of the panel favor a party who is represented by a lawyer having an office in Westchester County over a party having a lawyer from the City of New York.

**DATED:** **New York, New York**
        **April 10, 2008**    **Respectfully yours,**

        **NOEL W. HAUSER AND ASSOCIATES**
        **Attorneys for Sobie Defendants**
        **Office and P. O. Address**
        **270 Madison Avenue**
        **New York, New York 10016**
        **212   688-6400**

TO:
    ALVIN PASTERNAK, ESQ.
    PATRICIA CURRAN REINHARDT, ESQ.
    Attorneys for Plaintiff
    27-01 Queens Plaza North
    Long Island City, New York 11101

    MR. MICHAEL MENDELSOHN
    Defendant
    40 West Garden Road
    Larchmont, New York 10538

    JAMES R. CARCANO, ESQ.
    Attorney for defendant Delio
    15 Hudson Place
    Larchmont, New York 10538