UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
METLIFE LIFE AND ANNUITY COMPANY
OF CONNECTICUT,                                    Civil Action No.
                                                   07 CIV 7215
                                                   (Karas, J.)

                          Plaintiff,


            -against-                              **NOTICE OF MOTION**


ANA NICOLE DELIO; ZACHARY FARRELL SOBIE;
BRIAN SOBIE, Individually, as Trustee of
the ZACHARY FARRELL SOBIE GRANDCHILD
TRUST, and as Co-Trustee of the ANA
NICOLE DELIO GRANDCHILD TRUST; and
MICHAEL MENDELSOHN as co-Trustee of
the ANA NICOLE DELIO GRANDCHILD TRUST,

                          Defendants.
- - - - - - - - - - - - - - - - - -X


       **PLEASE TAKE NOTICE** that the defendants ZACHARY FARRELL SOBIE

and BRIAN SOBIE will move In Limine before Honorable Kenneth M.

Karas, United States District Judge, (a) to bar testimony of any

person interested in the event regarding personal communications

with the decedent ESTELLE SOBIE, pursuant to Rule 601 of the

Federal Rules of Evidence and New York CPLR 4519; and (b) to

allow testimony from non-interested parties concerning

declarations of the decedent ESTELLE SOBIE concerning her

intentions regarding the manner of distribution of her insurance

annuities following her death.

                              1

The motion will be based on the accompanying Memorandum of Law and the arguments of counsel.

DATED:    New York, New York
          April 10, 2008

                              Respectfully submitted,


                              /s/_____
                              NOEL W. HAUSER              (8183)
                              NOEL W. HAUSER AND ASSOCIATES
                              Attorneys for Answering Defendants
                              270 Madison Avenue - 13th Floor
                              New York, New York 10016
                              212   688-6400