```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

METLIFE LIFE AND ANNUITY COMPANY OF CONNECTICUT,

                  Plaintiff,

-v-

ANA NICHOLE DELIO, ZACHARY FARREL SOBIE, BRIAN SOBIE, and MICHAEL MENDELSOHN,

                  Defendants.

Case No. 07-CV-7215 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

The proposed requests to charge submitted by the Parties in the above referenced case are, in their current form, inadequate. Parties are ORDERED to re-submit their proposed requests to charge, laying out the <u>exact</u> language requested of the Court. Parties should focus their attention on the substantive issues specific to the individual charges in this case. Failure to comply with this Order will constitute a waiver of any objections to the final request to charge adopted by the Court.

SO ORDERED.

Dated: April 21, 2008
       White Plains, New York

                                                  KENNETH M. KARAS
                                                  UNITED STATES DISTRICT JUDGE