USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

METLIFE LIFE AND ANNUITY COMPANY OF CONNECTICUT,

                Plaintiff,

-v-

ANA NICHOLE DELIO, ZACHARY FARREL SOBIE, BRIAN SOBIE, and MICHAEL MENDELSOHN,

                Defendants.

Case No. 07-CV-7215 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

The Parties in the above referenced matter are directed by the Court to file any and all objections to the evidence that will be offered by opposing parties at trial (as detailed in the Joint Pretrial Order) by April 24, 2008. Parties will return for a final pretrial conference on May 1, 2008 at 10 a.m. at which point the Court will resolve any in limine motions.

SO ORDERED.

Dated: April 16, 2008
       White Plains, New York

                                    KENNETH M. KARAS
                                    UNITED STATES DISTRICT JUDGE