USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

METLIFE LIFE AND ANNUITY COMPANY
OF CONNECTICUT,

                                Plaintiff,

          -against-

ANA NICOLE DELIO; ZACHARY FARRELL SOBIE;
BRIAN SOBIE, Individually, as Trustee of
the ZACHARY FARRELL SOBIE GRANDCHILD
TRUST, and as Co-Trustee of the ANA
NICOLE DELIO GRANDCHILD TRUST; and
MICHAEL MENDELSOHN as co-Trustee of
the ANA NICOLE DELIO GRANDCHILD TRUST,

                                Defendants.

------------------------------------X

Civil Action No.
07 CIV 7215
(Karas, J.)

**JOINT PRE-TRIAL ORDER**

I.       The full caption of the action is as stated above.

II.      The parties are represented as follows:

     a.    ALVIN PASTERNAK and PATRICIA CURRAN REINHARDT
           27-01 Queens Plaza North
           Long Island City, New York 11101
           Telephone:    212 578-3735
           Facsimile:     212 578-3916
           Attorneys for Plaintiff

     b.    NOEL W. HAUSER AND ASSOCIATES
           270 Madison Avenue, 13th Floor
           New York, New York 10016
           Telephone:    212 688-6400
           Facsimile:     212 688-6457
           Attorneys for Defendants Sobie

1

        c.     JAMES R. CARCANO, III
          15 Hudson Place
          Larchmont, New York 10538
          Telephone:    914 833-2695
          Facsimile:    914 833-2695
          Attorneys for Defendant Ana Nicole Delio

III.    This is an interpleader action initiated by MetLife Life and Annuity Company of Connecticut ("MetLife"), formerly known as Travelers Life and Annuity Company. MetLife issued an annuity contract in favor of Estelle Sobie, Deceased, and the issue concerns itself with the party or parties entitled to the face amount of the annuity with interest. Plaintiff is a citizen of the State of Connecticut and defendants are citizens of the State of New York. The amount in controversy exceeds the sum of $75,000.00.

IV.    The sole issue relates to a change of beneficiary designation by the decedent Estelle Sobie executed on April 2, 2004. An earlier beneficiary designation executed by Estelle Sobie made provision for distribution upon her death to two Trusts, each in equal amounts designating the defendant ANA NICOLE DELIO GRANDCHILD TRUST to be the beneficiary of one, and ZACHARY FARRELL SOBIE GRANDCHILD TRUST to be the beneficiary of the other one.

Ana Nicole Delio is the daughter of Michele Sobie Delio, daughter of Estelle Sobie; Zachary Farrell Sobie

is the son of Brian Sobie, son of Estelle Sobie. Estelle Sobie had no other children and there are no other grandchildren.

The Change of Beneficiary Designation form executed by Estelle Sobie on April 2, 2004 changed the Beneficiary Designations so as to provide that death benefits be paid one-third outright to Brian Sobie, the decedent's son, and one-third to each of the two Trusts theretofore created for the decedent's grandchildren Ana Nicole Delio and Zachary Farrell Sobie.

New York ETPL Section 13-3.2 and the Federal Rules of Evidence sections 601 and 803 are both applicable to this case.

V.  The case is to be tried before a jury. Two to three days will be required.

VI.  The parties have not consented to a trial of the issues by a Magistrate Judge.

VII.  The parties stipulate that on or about April 24, 2001, the plaintiff issued a variable annuity contract designating Estelle Sobie as the annuitant. Estelle Sobie died on February 10, 2007, and her Last Will and Testament executed on the same day as the disputed Change of Beneficiary Designation (April 2, 2004) has been admitted to probate.

3

    Defendant Brian Sobie is the designated Executor and Trustee under the Last Will and Testament and is acting as such.

    The amount to be paid by the plaintiff as directed by the Court exceeds $2.5 million.

VIII. a. Plaintiff will offer no witnesses and has stipulated that it will make payment of the amount due under the annuity as directed by the Court. The defendants have stipulated that plaintiff may deduct $5,000.00 from the amount due in the annuity for plaintiff's attorneys fees and costs in connection with this lawsuit.

   b. The witnesses who will testify in behalf of the Sobie defendants are as follows:

    Brian Sobie
    Zachary Farrell Sobie
    Stanley E. Bulua, Esq.
    Alan Badie
    Michael Mendelson
    Aaron Saperstein
    A representative of Wachovia Financial

    Each of the Sobie witnesses will be offered in the case in chief of the Sobie defendants.

   c. The witnesses who will testify in behalf of the defendant Ana Nicole Delio are as follows:

    Ana Nicole Delio
    Brian Sobie
    Stanley E. Bulua, Esq.
    Ralph W. Haswell (a witness from MetLife)

4

IX.    a.    The Sobie defendants will offer no deposition testimony.

        b.    The Delio defendant will offer deposition testimony in its case in chief as follows: The Delio defendant will offer deposition testimony of Stanley E. Bulua, Esq. in her case in chief if he is not available to testify at trial.

X.    a.    The Sobie defendants will offer the following exhibits in the case in chief:

1. Contract No. 921256-9785254 issued by the plaintiff in favor of Estelle Sobie, Annuitant;

2. Last Will and Testament of Estelle Sobie signed, sealed, published and declared on April 5, 2002;

3. Last Will and Testament of Estelle Sobie signed, sealed, published and declared on April 2, 2004;

4. ANA NICOLE DELIO GRANDCHILD TRUST dated April 1, 1993;    **Delio objects**

5. Certificate of Letters Testamentary on the Estate of Estelle Sobie issued by the Surrogate's Court of the State of New York, County of Westchester,

on March 26, 2007 in favor of defendant Brian Sobie;

6. Beneficiary Designation form signed by Estelle Sobie on April 5, 2002 concurrently with the execution of the earlier Last Will and Testament of Estelle Sobie, signed, published and declared on the same date;

7. Copy of letter from Stanley E. Bulua, Esq. to Estelle Sobie dated November 13, 2003, summarizing a new plan for distribution of the Estate of Estelle Sobie;

8. Change of Beneficiary Designation form dated April 2, 2004;

9. Miscellaneous correspondence and bills addressed by Danziger & Markhoff LLP to Estelle Sobie between November 24, 2003 and December 7, 2006;

10. Memorandum from Stanley E. Bulua dated December 19, 2003, outlining a new plan for the distribution of the Estate of Estelle Sobie;

11. Letter from Stanley E. Bulua to Estelle Sobie dated October 28, 2003;

12. Memorandum from Stanley E. Bulua dated January 24, 2002, regarding distribution of Estate of Estelle Sobie;

13. Letter from Stanley E. Bulua to Estelle Sobie dated January 20, 2004, including a draft of Will;

14. Letter from Stanley E. Bulua to Estelle Sobie dated April 12, 2004 enclosing "two conformed copies of your Last Will and Testament and Beneficiary Designation which you signed in our offices on Aril 7, 2004. We will keep the originals in our Will vault."

15. Letter from Stanley E. Bulua to Aaron L. Saperstein dated January 29, 2007;

16. Letter from Travelers to Stanley E. Bulua dated April 25, 2002, rejecting the Beneficiary Designation dated April 5, 2002;

17. Letter from Stanley E. Bulua to Travelers dated April 5, 2002, enclosing Beneficiary Designation;

7

18. Letter from Stanley E. Bulua to MetLife dated May 23, 2007;

19. Change of Beneficiary Designation addressed by the decedent Estelle Sobie to Wachovia Securities dated June 29, 2006, which designates the beneficiaries upon death of Estelle Sobie to be Brian Sobie, Ana Delio and Zachary Sobie, one-third to each;    **Delio Objects**

20. Most recent tax returns of Simon Sobie & Co.;    **Delio Objects**

21. Most recent tax returns of Brisco Jewelry Inc.;    **Delio Objects**

22. Documents reflecting th existence of an annuity in the principal amount of approximately $3 million calling for monthly payments of approximately $10,000.00 per month to Michele Delio, mother of Ana Nicole Delio, with the principal payable on death of Michele Delio to Ana Nicole Delio. Brian Sobie is the Trustee of the Trust.    **Delio Objects**

04/21/2008 11:50 FAX 9143211398    WOLF HALDENSTEIN    ☒008

      b.   The defendant Ana Nicole Delio will offer the following exhibits in the case in chief:

1. Metlife Annuity Contract 921256-9785254;
2. Letter of Stanley E. Bulua to Estelle Sobie dated November 29, 2001;
3. Memo of Stanley Bulua, Esq. dated January 24, 2002;
4. Letter of Stanley E. Bulua to Estelle Sobie dated January 31, 2002;
5. Last Will and Testament of Estelle Sobie dated April 5, 2002;
6. Letter of Stanley E. Bulua to Travelers dated April 5, 2002 with enclosures;
7. Letter of Stanley E. Bulua to Estelle Sobie dated April 15, 2002;
8. Letter of Traveler's to Stanley E. Bulua Esq. dated April 25, 2002;
9. Letter of Stanley E. Bulua to Estelle Sobie dated October 28, 2003;
10. Letter of Stanley E. Bulua to Estelle Sobie dated November 13, 2003;
11. Letter of Stanley E. Bulua to Estelle Sobie dated December 19, 2003;

12. Letter of Stanley E. Bulua to Estelle Sobie dated January 20, 2004;
13. Last Will and Testament of Estelle Sobie dated April 2, 2004;
14. Letter of Stanley E. Bulua to Estelle Sobie dated April 12, 2004 including attachments and invoice for services rendered dated April 12, 2004;
15. Letter of Stanley E. Bulua to Aaron Saperstein dated January 29, 2007;
16. Letter of Stanley E. Bulua to Laura Hatfield dated May 23, 2007;
17. Billing records of Stanley E. Bulua, Esq. and/or Danziger Markhoff to Estelle Sobie for the period 10/31/03 to 12/7/06;
18. Beneficiary Designation form signed by Estelle Sobie on April 5, 2002;
19. Beneficiary Designation form signed by Estelle Sobie on April 2, 2004.

XI. The parties consent to less than a unanimous verdict.

*[signature: Al. Pastak]*
ALVIN PASTERNAK, ESQ.
PATRICIA CURRAN REINHARDT, ESQ.
Attorneys for Plaintiff
27-01 Queens Plaza North
Long Island City, New York 11101

*[signature]*

NOEL W. HAUSER AND ASSOCIATES
Attorneys for Sobie Defendants
Office and P. O. Address
270 Madison Avenue
New York, New York 10016
212  688-6400

*[signature]*

JAMES R. CARCANO, ESQ.
Attorney for defendant Delio
16 Hudson Place
Larchmont, New York 10538

SO ORDERED
*[signature]*
KENNETH M. KARAS U.S.D.J.
4/30/08

11

TOTAL P.12

FROM : JamesCarcano ESQ    FAX NO. :9148332695    Apr. 16 2008 02:26PM P1

04/21/2008 11:50 FAX 9143211388    WOLF HALDENSTEIN    ☒011