UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

METLIFE LIFE AND ANNUITY COMPANY OF CONNECTICUT,

          Plaintiff,

-v-

ANA NICOLE DELIO et al.,

          Defendants.

No. 07-CV-7215 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

    For the reasons discussed during the March 31, 2008 final pre-trial conference, Defendant Brian Sobie and Zachary Farrell Sobie's Motion to bar any interested party from testifying about communications with the decedent Estelle Sobie is GRANTED. Defendant Ana Nicole Delio's Cross-Motion to bar entry of the tax returns of Simon Sobie & Co., Inc. and Brisco Jewelry, Inc., as well as the separate annuity payable to Michelle Delio, on grounds of relevance and/or prejudice is DENIED.

    The Clerk of Court is respectfully directed to terminate the pending motion (Dkt. No. 18).

SO ORDERED.

Dated:     May ___, 2008
              White Plains, New York

                                          KENNETH M. KARAS
                                          UNITED STATES DISTRICT JUDGE

Service List:

Alvin Pasternak, Esq.
Metlife Group, Inc., Law Department
One Metlife Plaza, 27-01 Queens Plaza North
Long Island City, NY 11101
(212) 578-3735
Fax: (212) 578-3916
Email: apasternak@metlife.com

Patricia Ann Curran Reinhardt, Esq.
Metropolitan Life Insurance Company
27-01 Queens Plaza North, Area 7A
Long Island City, NY 11101
(212) 578-7487
Fax: (212) 251-1599
Email: pcurran@metlife.com

James Richard Carcano, Esq.
15 Hudson Place
Larchmont, NY 10538
(914) 833-2695
Fax: (914) 833-2695
Email: jcarcano@optonline.net

Noel W. Hauser, Esq.
Noel W. Hauser and Associates
415 Madison Avenue
New York, NY 10017
(212) 688-6400
Fax: (212) 688-6457
Email: nohauser@verizon.net