```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

METLIFE LIFE AND ANNUITY COMPANY OF
CONNECTICUT,

                   Plaintiff,

-v-

ANA NICOLE DELIO et al.,

                   Defendants.

No. 07-CV-7215 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

    On May 7, 2008, following the decision of the jury in the above-referenced matter, Defendants Brian Sobie and Zachary Farrell Sobie ("Sobie Defendants") made a motion to stay the judgment pending appeal. Sobie Defendants are directed to send the Court a letter by May 12, 2008 outlining the basis for its motion. Defendant Ana Nicole Delio is directed to respond to Sobie Defendants' letter by May 16, 2008. The Court will conduct a hearing on Defendants' motion on May 20, 2008 at 3 p.m.

SO ORDERED.

Dated: May 8, 2008
       White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Service List:

Alvin Pasternak, Esq.
Metlife Group, Inc., Law Department
One Metlife Plaza, 27-01 Queens Plaza North
Long Island City, NY 11101
(212) 578-3735
Fax: (212) 578-3916
Email: apasternak@metlife.com

Patricia Ann Curran Reinhardt, Esq.
Metropolitan Life Insurance Company
27-01 Queens Plaza North, Area 7A
Long Island City, NY 11101
(212) 578-7487
Fax: (212) 251-1599
Email: pcurran@metlife.com

James Richard Carcano, Esq.
15 Hudson Place
Larchmont, NY 10538
(914) 833-2695
Fax: (914) 833-2695
Email: jcarcano@optonline.net

Noel W. Hauser, Esq.
Noel W. Hauser and Associates
415 Madison Avenue
New York, NY 10017
(212) 688-6400
Fax: (212) 688-6457
Email: nohauser@verizon.net