UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
METLIFE LIFE AND ANNUITY COMPANY
OF CONNECTICUT,

                                Plaintiff,                  **07 CIV 7215**
                                                               **(KARAS,J)**

   -against-

                                                                   **JUDGMENT**


ANA NICOLE DELIO; ZACHARY FARRELL
SOBIE; BRIAN SOBIE, individually, as TRUSTEE
of the ZACHARY FARRELL SOBIE GRANDCHILD
TRUST, and as CO TRUSTEE of the ANA NICOLE
DELIO GRANDCHILD TRUST; and MICHAEL
MENDELSOHN as CO TRUSTEE of the ANA
NICOLE DELIO GRANDCHILD TRUST

                                Defendants
------------------------------------------------------------------------X

      The issues in the above entitled action having duly come on for trial on May 5, 2008 and May 6, 2008 before the Court and a jury, the Honorable Kenneth M. Karas, District Judge, presiding, and the plaintiff having appeared by its counsel, Alvin Pasternak, Esq., and the defendant ANA NICOLE DELIO having appeared by her counsel, James R. Carcano Esq., and defendants BRIAN SOBIE and ZACHARY FARRELL SOBIE having appeared by their counsel, Noel Hauser, Esq., and defendant, MICHAEL MENDELSOHN having not entered an appearance in this action, and the issues having been duly tried and the jury having rendered its verdict,

**IT IS ORDERED AND ADJUDGED**:

1. That the beneficiaries of the METLIFE LIFE and ANNUITY COMPANY of CONNECTICUT Annuity Contract number 921256-9785254 issued on April 24, 2001 to Estelle Sobie, deceased, are the ANA NICOLE DELIO GRANDCHILD TRUST and the ZACHARY FARRELL SOBIE GRANDCHILD TRUST; and

2. That Plaintiff, METLIFE LIFE AND ANNUITY COMPANY OF CONNECTICUT is hereby directed to deduct the sum of Five Thousand ($5,000.00) from said annuity as and for its reasonable attorney's fees and expenses incurred in this action; and

3. That after deducting its attorney's fees and expenses, Plaintiff shall liquidate the assets of the annuity contract and divide said proceeds into two (2) equal shares for the ANA NICOLE DELIO GRANDCHILD TRUST and the ZACHARY FARRELL SOBIE GRANDCHILD TRUST; and

4. That upon receipt of a completed annuity claim form and supporting documentation from the ANA NICOLE DELIO GRANDCHILD TRUST, Plaintiff shall distribute one share to the ANA NICOLE DELIO GRANDCHILD TRUST; and

5. That upon receipt of a completed annuity claim form and supporting documentation from the ZACHARY FARRELL SOBIE GRANDCHILD TRUST, Plaintiff shall distribute the remaining share to the ZACHARY FARRELL SOBIE GRANDCHILD TRUST; and

6.  Upon payment by the Plaintiff of the annuity proceeds pursuant to this Judgment, METLIFE LIFE AND ANNUITY COMPANY OF CONNECTICUT shall be discharged from any further liability to any of the defendants.

Dated at White Plains, New York this            day of May, 2008

_____
Clerk of Court

So Ordered:

_____
KENNETH M. KARAS, USDJ