```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

METLIFE LIFE AND ANNUITY COMPANY OF
CONNECTICUT,

                    Plaintiff,

-v-

ANA NICHOLE DELIO, ZACHARY FARRELL
SOBIE, BRIAN SOBIE, and MICHAEL
MENDELSOHN,

                    Defendants.

ORDER

No. 07-CV-7215 (KMK)

KENNETH M. KARAS, District Judge:

    For the reasons stated on the record during the conference held on May 21, 2008, the motion by Defendants Brian Sobie and Zachary Farrell Sobie ("Sobie Defendants") pursuant to Federal Rules of Civil Procedure 50 and 59 is DENIED. Should Sobie Defendants wish to stay the judgment pending appeal and/or a motion for a new trial, Sobie Defendants will post a supersedeas bond of four-hundred thousand dollars ($400,000) with the Clerk of Court.

    Parties will return on June 2, 2008 at 2 p.m. for a conference relating to potential conflicts of interest in the representation of the Sobie Defendants. The Court specifically directs Zachary Farrell Sobie to appear at this conference.

SO ORDERED.

Dated:    May 23, 2008
             White Plains, New York

                                              KENNETH M. KARAS
                                              UNITED STATES DISTRICT JUDGE