```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
METLIFE LIFE AND ANNUITY COMPANY
OF CONNECTICUT,                              Civil Action No.
                                             07 CIV 7215
                                             (Karas, J.)
                    Plaintiff,

        -against-                            NOTICE OF APPEAL

ANA NICOLE DELIO; ZACHARY FARRELL SOBIE;
BRIAN SOBIE, Individually, as Trustee of
the ZACHARY FARRELL SOBIE GRANDCHILD
TRUST, and as Co-Trustee of the ANA
NICOLE DELIO GRANDCHILD TRUST; and
MICHAEL MENDELSOHN as co-Trustee of
the ANA NICOLE DELIO GRANDCHILD TRUST,

                    Defendants.
- - - - - - - - - - - - - - - - - -X
```



FILED U.S. DC
JUL 3 1 2008
S.D. OF N.Y.

**PLEASE TAKE NOTICE** that the defendant BRIAN SOBIE hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment of Honorable Kenneth M. Karas, U.S.D.J., dated July 23, 2008, and this appeal is taken from each and every part of the said Judgment, as well as from the whole thereof.

**DATED:**  **New York, New York**
          **July 29, 2008**

Respectfully submitted,

NOEL W. HAUSER AND ASSOCIATES
Attorneys for Defendant
**BRIAN SOBIE**
270 Madison Avenue - 13th Fl.
New York, New York  10016
212   688-6400

1

TO:

    ALVIN PASTERNAK, ESQ.
    Attorney for Plaintiff
    27-01 Queens Plaza North
    Long Island City, New York 11101

    JAMES R. CARCANO, ESQ.
    Attorney for Defendant
    Ana Nicole Delio
    15 Hudson Place
    Larchmont, New York 10538

ORIGINAL-WHITE    DUPLICATE-YELLOW    TRIPLICATE-PINK

**RECEIPT FOR PAYMENT**
**UNITED STATES DISTRICT COURT**
for the
SOUTHERN DISTRICT OF NEW YORK

E 658683

RECEIVED FROM   Noel W. Hauser & Assoc
07cv7215
NoA

| Fund | |
|---|---|
| 6855XX | Deposit Funds |
| 604700 | Registry Funds |
|  | General and Special Funds |
| 508800 | Immigration Fees |
| 085000 | Attorney Admission Fees |
| 086900 | Filing Fees |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 143500 | Interest |
| 322380 | Recoveries of Court Costs |
| 322386 | Restitution to U.S. Government |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 504100 | Crime Victims Fund |
| 613300 | Unclaimed Monies |
| 510000 | Civil Filing Fee (½) |
| 510100 | Registry Fee |

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

DATE:                    Cash  Check  M.O.  Credit            DEPUTY CLERK:
          20